NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AFFINITY LABS OF TEXAS, LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO. LTD, SAMSUNG ELECTRONICS AMERICA, INC., HTC CORP., HTC AMERICA, INC.,**
*Appellees*

---

2016-1208

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00407, IPR2014-00408.

---

**JUDGMENT**

---

RYAN MICHAEL SCHULTZ, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented EMILY ELIZABETH NILES.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for all defendants-appellees. Defendants-appellees Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. also represented by

JON STEVEN BAUGHMAN; BRIAN P. BIDDINGER, New York, NY; GABRIELLE E. HIGGINS, East Palo Alto, CA.

JERRY ROBIN SELINGER, Patterson & Sheridan LLP, Dallas, TX, for defendants-appellees HTC Corp., HTC America, Inc. Also represented by BARDEN TODD PATTERSON, Houston, TX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* TARANTO and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| October 17, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |